IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FURHAVEN PET PRODUCTS, INC., ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CORRY AREA INDUSTRIAL ) <br> DEVELOPMENT CORPORATION, ) <br> et al., ) <br>       Defendants. ) | C.A. No. 21-342 Erie <br><br> District Judge Susan Paradise Baxter |

## JUDGMENT ORDER

AND NOW, this 7th day of November, 2025, pursuant to Rule 58 of the Federal Rules of Civil Procedure and, in accordance with the Order entered on this date,

JUDGMENT is hereby entered in favor of Defendant Corry Area Industrial Development Corporation, and against the Plaintiff, Furhaven Pet Products, Inc., on the sole remaining claim at Count I of the amended complaint in this case.

                                                               /s/ Susan Paradise Baxter
                                                               SUSAN PARADISE BAXTER
                                                               United States District Judge